KENDALL BRILL & KELLY LLP
Bert H. Deixler (70614)
 bdeixler@kbkfirm.com
Patrick J. Somers (318766)
 psomers@kbkfirm.com
Amelia E. Bruckner (341515)
 abruckner@kbkfirm.com
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendant
Hipgnosis SFH I Limited

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY MANILOW, an individual, and HASTINGS CLAYTON & TUCKER, INC. dba STILETTO ENTERTAINMENT, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HIPGNOSIS SFH I LIMITED, a United Kingdom Limited Company,<br><br>Defendant. | Case No. 5:24-cv-01844-SSS-AGR<br><br>**DEFENDANT'S REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)**<br><br>*[Proposed] Judgment Filed Concurrently Herewith*<br><br>Judge: Hon. Sunshine Suzanne Sykes<br>Crtrm: 2<br><br>Complaint Filed: August 28, 2024 |

604465731.1

DEFENDANT'S REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)

Defendant Hipgnosis SFH I Limited, ("Defendant") hereby submits their Request for Entry of Judgment pursuant to Federal Rule of Civil Procedure, 58(d) as follows:

1. The Court granted Defendant's motion to dismiss and dismissed the Complaint on July 16, 2025 [Dkt No. 45].

2. The order denied all relief, and pursuant to F.R.C.P.58(b)(1)(C), a separate judgment must be entered.

3. Pursuant to Rule 58(d), Defendant requests that judgment be entered for the Defendant. A proposed judgment is attached hereto.

DATED: August 1, 2025         KENDALL BRILL & KELLY LLP


By:     /s/ Bert H. Deixler
        Bert H. Deixler
        Attorneys for Defendant
        Hipgnosis SFH I Limited

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604465731.1

2

DEFENDANT'S REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)