# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARRY MANILOW, an individual, and HASTINGS CLAYTON & TUCKER, INC. dba STILETTO ENTERTAINMENT, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HIPGNOSIS SFH I LIMITED, A United Kingdom Limited Company,,<br><br>Defendant. | Case No. 5:24-cv-01844-SSS-AGR<br><br>**[PROPOSED] JUDGMENT FOLLOWING ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>Judge:  Hon. Sunshine Suzanne Sykes<br>Crtrm:  2<br><br>Complaint filed: August 28, 2024 |

604465758

**[PROPOSED] JUDGMENT**

The Court entered an Order dismissing the Complaint on July 16, 2025 [Dkt. No. 45].

Judgment is accordingly entered in favor of the Defendant Hipgnosis SFI Limited and against Plaintiffs Barry Manilow and Hastings, Clayton, and Tucker, Inc.

Dated: _____

_____
Honorable Judge Sunshine Suzanne Sykes