UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-01844-SSS-AGRx | Date | August 18, 2025 |
|---|---|---|---|
| Title | *Barry Manilow et al v. Hipgnosis SFH I Limited* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER DENYING REQUEST FOR JUDGMENT [DKT. 46]**

Defendant Hipgnosis SFH I Limited requests entry of judgment pursuant to Federal Rule of Civil Procedure 58(d). [Dkt. 46, "Request"]. Plaintiffs Barry Manilow along with his production company Hastings, Clayton, Tucker, Inc, d/b/a Stiletto Entertainment oppose Defendant's motion. [Dkt. 47, Opposition or "Opp."].

This Court previously granted Defendant's Motion to Dismiss for *forum non conveniens* on July 16, 2025. [Dkt. 45]. Defendant now requests that a separate judgment be entered because "[t]he order denied all relief." [Dkt. 46 at 2]. Plaintiffs assert that entry of judgment would be improper, as granting Defendant's motion would be to end this litigation on the merits. As Plaintiffs correctly identify, a dismissal based on *forum non conveniens* does not reach the merits of Plaintiffs' complaint; it merely speaks to the adequacy of the forum. [Opp. at 2]. *See also Sinochem Int'l Co. v. Malaysia Int'l Shipping Corp.*, 549 U.S. 422, 432 (2007) (A *forum non conveniens* dismissal is "a determination that the merits should be adjudicated elsewhere," and "'is a non-merits ground for dismissal.'").

      Because the grounds for dismissal in the July 16 Order is solely based in *forum non conveniens*, entry of judgment is not appropriate.  Defendant's request for judgment is **DENIED**.

      **IT IS SO ORDERED.**